UNITED STATES DISTRICT
COURT DISTRICT OF MASSACHUSETTS

ABDellaH ESSaBer
    petitioner
        v
Joseph McDonough and Steven Farquhar
    respondents

Habeas Corpus
A96-413-207

Petitioner's Request for Voluntary Departure
and request for Proceeding in forma pauperis

On June 9 2004, petitioner Abdellah Essaber
an INS detainee currently confined
at Plymouth County Correctional Facility, has
filed a Habeas Corpus under 28 U.S.C. sec 2241
and as well as request for proceeding in
forma Pauperis 28 U.S.C. sec 1915, accordingly

1) The clerk shall correct the case caption
to reflect that the only respondent to this
action is the Sheriff of Plymouth County
Joseph McDonough, a writ of Habeas Corpus
must be directed to the person having
custody of the person detained 28 U.S.C.
sec 2243, Marmol v Dubois, 885 F. Supp. 444, 446
(D. Mass 1994).

Petitioner's legal custodian is the Sheriff
of Plymouth County, the individual having
day to day control over the facility in
which petitioner is being detained Vasquez
v Reno 233 F.3d 688, 694 (1st Cir 2000) cert
denied, sub nom Vasquez v Ashcroft
122 S.ct 43 (2001)

Mass Gen laws ch 126 sec 16

1

Sheriff Shall have custody and control of the jails in his county... and shall be responsible for them.

#2) petitioner governing voluntary departure under 8 U.S.C. ch 1229c. See 8 U.S.C § 1229c(b)(1)(B) (1997) Section 1229.c expressly delegates the authority to enter an order granting voluntary departure to Immigration Judges, subject to discretion.

#3) The Clerk of this Court shall serve a copy of this petition, by certified mail upon (1) Sheriff Joseph McDonough, Plymouth County Correctional Facility, 26 long pond Rd. Plymouth Ma. 02360 (11) The United States Attorney (111) Frank Crowley, Department of Homeland Security, Special assistant United States Attorney, P.O. Box 8728 J.F.K Building, Station Boston Ma. 02114

#4) The respondent shall within (48) days of this receipt of this Order, file an answer or other responsive pleading

Petitioners Supplemental Affidavit in Support of Request for Voluntary Departure.

ABDEL /s/

PLEASE HELP ME TO BE

WITH MY CHILDREN

THNK

ABDEL /s/



# City of Quincy, Massachusetts
Mayor James R. McIntyre City Hall
1305 Hancock Street
Quincy, Massachusetts 02169



Office of the City Clerk

**JOSEPH P. SHEA**
*City Clerk*

**MAUREEN L. HALLSEN**
*Assistant City Clerk*

TEL. (617) 376-1131
FAX (617) 376-1130



## The Commonwealth of Massachusetts
DEPARTMENT OF PUBLIC HEALTH
REGISTRY OF VITAL RECORDS AND STATISTICS

### CERTIFICATE OF MARRIAGE

(State file number)
QUINCY (City or town making return)
Registered No. ___
Intention No. 117

1. Place of Marriage
   City or Town: **QUINCY**
2. Date of Marriage: **APRIL 15 2003**

3. FULL NAME GROOM: **ABDELLAH ESSABER**
3A. SURNAME AFTER MARRIAGE: **ESSABER**
4. DATE OF BIRTH: **OCT. 5 1960**
5. OCCUPATION: **DUNKIN DONUTS**
6. RESIDENCE NO. & ST.: **125 ROSSETER STREET**, CITY/TOWN: **BOSTON**, ST: **MA**, ZIP: **02121**
7. NUMBER OF MARRIAGE: **1ST**
8. WIDOWED OR DIVORCED: ---
9. BIRTHPLACE: **CASABLANCA**, **MORROCO**
10. MAIDEN NAME OF MOTHER: **AICHA AITOWGBAR**
11. NAME OF FATHER: **LAHCEN ESSABER**

12. FULL NAME BRIDE: **MALIKAH L. GRIER**
12A. SURNAME AFTER MARRIAGE: **GRIER**
13. DATE OF BIRTH: **AUG. 18 1984**
14. OCCUPATION: **AT HOME**
15. RESIDENCE NO. & ST.: **95 MILTON AVENUE #12**, CITY/TOWN: **BOSTON**, ST: **MA**, ZIP: **02124**
16. NUMBER OF MARRIAGE: **1ST**
17. WIDOWED OR DIVORCED: ---
18. BIRTHPLACE: **BOSTON**, **MA**
19. MAIDEN NAME OF MOTHER: **DENISE R. SPIVEY**
20. NAME OF FATHER: **MARK F. SPRINGSTEAD**

21. THE INTENTION OF MARRIAGE by the above-mentioned persons was duly entered by me in the records of the Community of **QUINCY** according to law, this **28TH** day of **MARCH** 20**03**
    COURT WAIVER Issued **APR 15 2003** by _____ (City or Town Clerk or Registrar)
    AGE ORDER

22. I HEREBY CERTIFY that I solemnized the marriage of the above-named persons at No. **1305 HANCOCK** St., **QUINCY** on **APRIL 15 2003**
    Signature: *Joseph P. Shea*
    **JOSEPH P. SHEA**
    **JUSTICE OF THE PEACE**
    Address: **6 HERITAGE ROAD QUINCY MA**

23. Certificate recorded by city or town clerk **APR 15 2003**

*And I do certify that the foregoing is a true copy from said records; Witness my hand and seal of said City of Quincy.*

On this **16th** day of **April 2003**

*Joseph P. Shea*



# The Commonwealth of Massachusetts
## Department of Revenue
## Child Support Enforcement Division

ALAN LEBOVIDGE
COMMISSIONER
MARILYN RAY SMITH
DEPUTY COMMISSIONER

03/05/2004

ABDELLAH  ESSABER
245 WATER ST
QUINCY, MA 02169-0000

Re: Custodial Parent:    HAYAT RHADBANE
    Child(ren):          WEDADE T. SCORZAILO

Dear ABDELLAH ESSABER:

The Child Support Enforcement Division of the Massachusetts Department of Revenue (DOR) is the agency responsible for establishing and enforcing child support obligations. The custodial parent named above has named you as the other parent of the child(ren) named above.

When a parent applies and becomes eligible for our services, it is our policy to notify the other parent, as you are now both customers of DOR. DOR may initiate court action to obtain or modify an order for you to pay child support. If the paternity of a child named above is at issue, DOR may also initiate court action to establish the child's paternity. If you are ordered to pay child support through DOR, we will credit your account and ensure that the money is distributed properly and promptly. DOR is authorized to institute a wide range of enforcement measures to enforce a child support order if past-due support (also known as "arrears") accrues. DOR will also review your child support order for potential modification upon your request.

As of the date of this letter, DOR cannot give you credit for any child support paid directly to the custodial parent named above. If you are making payments directly to the custodial parent and you wish to receive credit, please contact DOR's Customer Service Bureau at the number below to arrange payment through DOR. You are also required to contact DOR if your address or employment changes.

Please review the attached information about how to use DOR's Voice Response System (VRS). You can call the VRS to receive information about your case using your Participant Identification Number (PIN) or your Case Number indicated below. The information is available to you 24 hours per day.

CSO: 06
PIN: 00.2095.4400

IMMIGRATION COURT
JFK FEDERAL BLDG., ROOM 320
BOSTON, MA

In the Matter of:                           Case No.: A76-413-207
ESSABBI, ABDELLAH

RESPONDENT                                  IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

Upon the basis of respondent's admissions, I have determined that the
respondent is subject to removal on the charge(s) in the Notice to Appear. The
respondent has made application solely for voluntary departure in lieu of
removal.

It is HEREBY ORDERED that the respondent be GRANTED voluntary departure in
lieu of removal, without expense to the Government on or before:
→ May 24, 2004 or any extensions as may be granted by the
District Director, Immigration and Naturalization Service, and under whatever
conditions the District Director may direct.

It is FURTHER ORDERED:

[ ] that the respondent post a voluntary departure bond in the amount of
_____ with the Immigration and Naturalization Service on or
before _____.

[ ] that the respondent shall provide the Immigration and Naturalization
Service travel documentation sufficient to assure lawful entry into the
country to which the alien is departing within 60 days of this order,
or within any time extensions that may be granted by the Immigration
and Naturalization Service.

[X] Other _Respondent to remain in custody_
_until departure_

It is FURTHER ORDERED that if any of the above ordered conditions are not met
as required, the above order shall be withdrawn without further notice or
proceedings and the following shall thereupon become immediately effective:
respondent shall be removed to MOROCCO
on the charge(s) in the Notice to Appear.

It is FURTHER ORDERED that if respondent fails to depart as required, the above
order shall be withdrawn without further notice or proceedings and the
following order shall become immediately effective: respondent shall be
removed to MOROCCO on the charge(s) in the Notice to Appear.

If you fail to appear for removal at the time and place ordered by the INS,
other than because of exceptional circumstances beyond your control (such as
serious illness of the alien or death of an immediate relative of the alien,
but not including less compelling circumstances), you will not be eligible for
the following forms of relief for a period of ten (10) years after the date you
were required to appear for removal:

(1)  Voluntary departure as provided for in section 240B of the
     Immigration and Nationality Act;
(2)  Cancellation of removal as provided for in section 240A of the
     Immigration and Nationality Act; and
(3)  Adjustment of status or change of status as provided for in section
     245, 248 or 249 of the Immigration and Nationality Act.

_[signature]_
ELIZA C. KLEIN
Immigration Judge
Date: Mar 24, 2004

Appeal: WAIVED (A/R/B)
Appeal Due By: Apr 23, 2004

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY: MAIL (M)   PERSONAL SERVICE (P)
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] Alien's ATT/REP  [ ] DHS
DATE: 3-24-04   BY: COURT STAFF _[initials]_
Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other

109. BURGIN PRKWY
QUINCY MA 02169



CASE. NO: A 96-413-207



109. BURGIN PRKWY
QUINCY MA 02169 ←



ESSABER
ABDELLAH
90 BROOK RD
# 2
QUINCY, MA
02169

CASE. No: A 96-413-207