```
                        · · · · COURT
                        · · OF MASS.
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ABDELLAH H. ESSABAR, 2004 JUN 30  P 2: 56    )
                                             )
          Petitioner                         )
                                             )
     v.                                      )     Civil Action No.
                        OFFICE               )     04cv11358-GAO
                                             )
JOSEPH MCDONOUGH, ET AL.,                    )
                                             )
                                             )
          Respondent                         )

## MOTION TO DISMISS

Respondent[1] moves to dismiss this action pursuant to Fed. R.

Civ. P. rules 12(b)(1) for lack of subject matter jurisdiction

and failure to state a claim upon which relief may be granted.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:      _____

FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114
(617) 565-2415

---

[1] The responsive official of the Department of Homeland Security
having control of petitioner's immigration custody in the instant
action is Bruce Chadbourne, Field Director for Detention and
Removal, Bureau of Immigration and Customs Enforcement ("ICE") in
Boston, Massachusetts.

## CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on June 30, 2004.

FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114