```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS

ABDELLAH H. ESSABER,           )
                               )
        Petitioner             )
                               )
    v.                         )     Civil Action No.
                               )     04cv11358-GAO
JOSEPH MCDONOUGH, ET AL.,      )
                               )
                               )
        Respondent             )
```

REPORT TO COURT

Respondent[1] reports as directed by the Court at hearing on July 15, 2004. Upon information and belief formed after inquiry and investigation, the undersigned reports that he has been informed by an officer of the Bureau of Immigration and Customs Enforcement ("ICE") responsible for interaction with petitioner that there is another inmate in petitioner's unit at petitioner's place of detention who has been translating as necessary from the English to the Arabic language. The undersigned has also been informed in this regard by the same ICE officer of the belief that any lack of fluency in English by petitioner may have been exaggerated lately.

---

[1] The responsive official of the Department of Homeland Security having control of petitioner's immigration custody in the instant action is Bruce Chadbourne, Field Director for Detention and

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                        By:   s/Frank Crowley
                              FRANK CROWLEY
                              Special Assistant U.S. Attorney
                              Department of Homeland Security
                              P.O. Box 8728
                              J.F.K. Station
                              Boston, MA 02114
                              (617) 565-2415
```

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on July 21, 2004.

```
                              s/Frank Crowley
                              FRANK CROWLEY
                              Special Assistant U.S. Attorney
                              Department of Homeland Security
                              P.O. Box 8728
                              J.F.K. Station
                              Boston, MA 02114
```

---

Removal, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.