# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: **Plymouth County Correctional Facility**

YOU ARE COMMANDED to have the body of **Abdella H. Essaber** now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. **9**, on the **3rd** floor, Boston, Massachusetts on **August 4, 2004**, at **9:00** AM

for the purpose of **Hearing on a Restraining Order**

in the case of **Abdella H. Essaber   V   Joseph McDonough, etal**

**CA 04-11358-GAO**

And you are to retain the body of said **Abdella H. Essaber** while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said **Abdella H. Essaber** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this **23th** day of **July, 2004**.


**George A. O'Toole, Jr.**

UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

TONY ANASTAS
CLERK OF COURT

SEAL

By: **Paul S. Lyness**
Deputy Clerk

(Habeas Writ.wpd - 2/2000)