Mr Essaber abdellah.

on May 24, 2004 had been granted voluntary departure by the U.S department of immigration

Mr Essaber abdellah, had not at this time been aware that he might be able to stay deportation under hardship.

Mr Essaber abdellah, has a child age 3 years, and has worked everyday to support his child, he has paid taxes, a valid Drivers licence, has obtained a Social Security card, had previously been married, is a member of Citizens bank where he holds an account, has also obtained a licence to operate a taxi, own a motor vehicle

Mr Essaber, has never been arrested, nor convicted of any crimes.
however Mr Essaber, does have a violation for speeding, which he had paid $160.00 for.

Mr Essaber, is supported by community friends has supported the policeman well.

Mr essaber, since living in the United States has kept himself, in abiding by the laws, loves the U.S of A, and wishes to stay here

where his family has live, Mr Essaber begs this Court to grant this defendant to stay, and not be ordered deported. Defendants friends are at Court to support Mr Essaber.

Respectfully submitted
Mr Defendant

ABDELLAH ESSABER
07-13-04