

# The Commonwealth of Massachusetts
## Department of Revenue
## Child Support Enforcement Division

ALAN LEBOVIDGE
COMMISSIONER
MARILYN RAY SMITH
DEPUTY COMMISSIONER

03/05/2004

ABDELLAH  ESSABER
245 WATER ST
QUINCY, MA 02169-0000

Re:  Custodial Parent:     HAYAT  RHADBANE
     Child(ren):           WEDADE T. SCORZAILO

Dear ABDELLAH  ESSABER:

    The Child Support Enforcement Division of the Massachusetts Department of Revenue (DOR) is the agency responsible for establishing and enforcing child support obligations.  The custodial parent named above has named you as the other parent of the child(ren) named above.

    When a parent applies and becomes eligible for our services, it is our policy to notify the other parent, as you are now both customers of DOR.  DOR may initiate court action to obtain or modify an order for you to pay child support. If the paternity of a child named above is at issue, DOR may also initiate court action to establish the child's paternity. If you are ordered to pay child support through DOR, we will credit your account and ensure that the money is distributed properly and promptly.  DOR is authorized to institute a wide range of enforcement measures to enforce a child support order if past-due support (also known as "arrears") accrues.  DOR will also review your child support order for potential modification upon your request.

    As of the date of this letter, DOR cannot give you credit for any child support paid directly to the custodial parent named above.  If you are making payments directly to the custodial parent and you wish to receive credit, please contact DOR's Customer Service Bureau at the number below to arrange payment through DOR.  You are also required to contact DOR if your address or employment changes.

    Please review the attached information about how to use DOR's Voice Response System (VRS).  You can call the VRS to receive information about your case using your Participant Identification Number (PIN) or your Case Number indicated below.  The information is available to you 24 hours per day.

CSO: 06
PIN: 00.2095.4400





# City of Quincy, Massachusetts

Mayor James R. McIntyre City Hall
1305 Hancock Street
Quincy, Massachusetts 02169



Office of the City Clerk
**JOSEPH P. SHEA**
*City Clerk*

**MAUREEN L. HALLSEN**
*Assistant City Clerk*

TEL. (617) 376-1131
FAX (617) 376-1139



## The Commonwealth of Massachusetts
### DEPARTMENT OF PUBLIC HEALTH
### REGISTRY OF VITAL RECORDS AND STATISTICS
### CERTIFICATE OF MARRIAGE

(State file number)
QUINCY
(City or town making return)

Registered No. ___
Intention No. 117

1. Place of Marriage — City or Town: QUINCY
2. Date of Marriage: APRIL 15 2003

3. FULL NAME GROOM: ABDELLAH ESSABER
3A. SURNAME AFTER MARRIAGE: ESSABER
4. DATE OF BIRTH: OCT. 5 1960
5. OCCUPATION: DUNKIN DONUTS
6. RESIDENCE NO. & ST.: 125 ROSSETER STREET, CITY/TOWN: BOSTON, ST. MA, ZIP CODE 02121
7. NUMBER OF MARRIAGE: 1ST
8. WIDOWED OR DIVORCED: --
9. BIRTHPLACE: CASABLANCA, MORROCO
10. MAIDEN NAME OF MOTHER: AICHA AITOWGBAR
11. NAME OF FATHER: LAHCEN ESSABER

12. FULL NAME BRIDE: MALIKAH L. GRIER
12A. SURNAME AFTER MARRIAGE: GRIER
13. DATE OF BIRTH: AUG. 18 1984
14. OCCUPATION: AT HOME
15. RESIDENCE NO. & ST.: 95 MILTON AVENUE #12, CITY/TOWN: BOSTON, ST. MA, ZIP CODE 02124
16. NUMBER OF MARRIAGE: 1ST
17. WIDOWED OR DIVORCED: --
18. BIRTHPLACE: BOSTON, MA
19. MAIDEN NAME OF MOTHER: DENISE R. SPIVEY
20. NAME OF FATHER: MARK F. SPRINGSTEAD

21. THE INTENTION OF MARRIAGE by the above-mentioned persons was duly entered by me in the records of the Community of QUINCY according to law this 28TH day of MARCH 2003.

☐ COURT WAIVER Issued APR 15 2003 by *Joseph Shea* (City or Town Clerk or Registrar)
☐ AGE ORDER

22. I HEREBY CERTIFY that I solemnized the marriage of the above-named persons at No. 1305 HANCOCK St., QUINCY on APRIL 15 2003
JUSTICE OF THE PEACE
Signature: *Joseph P. Shea*
JOSEPH P. SHEA
Address: 6 HERITAGE ROAD QUINCY MA

23. Certificate recorded by city or town clerk APR 15 2003 — CLERK OR REGISTRAR *Joseph Shea*

*And I do certify that the foregoing is a true copy from said records:*
*Witness my hand and seal of said City of Quincy.*

On this _____ day of April 2003





U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
JFK FEDERAL BLDG., ROOM 320
BOSTON, MA 02203-0002

In the Matter of:                         Case No.: A96-413-207
ESSABER, ABDELLAH

RESPONDENT                                IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

Upon the basis of respondent's admissions, I have determined that the respondent is subject to removal on the charge(s) in the Notice to Appear. The respondent has made application solely for voluntary departure in lieu of removal.

It is HEREBY ORDERED that the respondent be GRANTED voluntary departure in lieu of removal, without expense to the Government on or before
→ May 24, 2004 or any extensions as may be granted by the
District Director, Immigration and Naturalization Service, and under whatever conditions the District Director may direct.

It is FURTHER ORDERED:

[ ]  that the respondent post a voluntary departure bond in the amount of
     _____ with the Immigration and Naturalization Service on or
     before _____.

[ ]  that the respondent shall provide the Immigration and Naturalization
     Service travel documentation sufficient to assure lawful entry into the
     country to which the alien is departing within 30 days of this order,
     or within any time extensions that may be granted by the Immigration
     and Naturalization Service.

[X] Other: _Respondent no motions to reopen_
           _until he departs_

It is FURTHER ORDERED that if any of the above ordered conditions are not met as required, the above order shall be withdrawn without further notice or proceedings and the following order shall thereupon become immediately effective: respondent shall be removed to MOROCCO
on the charge(s) in the Notice to Appear.

It is FURTHER ORDERED that if respondent fails to depart as required, the above order shall be withdrawn without further notice or proceedings and the following order shall become immediately effective: respondent shall be removed to MOROCCO on the charge(s) in the Notice to Appear.

If you fail to appear for removal at the time and place ordered by the INS, other than because of exceptional circumstances beyond your control such as
DHS

serious illness of the alien or death of an immediate relative of the alien, but not including less compelling circumstances), you will not be eligible for the following forms of relief for a period of ten (10) years after the date you were required to appear for removal:

    (1)   Voluntary departure as provided for in section 240B of the Immigration and Nationality Act;

    (2)   Cancellation of removal as provided for in section 240A of the Immigration and Nationality Act; and

    (3)   Adjustment of status or change of status as provided for in section 245, 248 or 249 of the Immigration and Nationality Act.

ELIZA C. KLEIN
Immigration Judge
Date: Mar 24, 2004

Appeal: WAIVED (A/I/(B))
Appeal Due By: Apr 23, 2004

---

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY: MAIL(M)    PERSONAL SERVICE (P)
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [X] Alien's ATT/REP  [ ] INS
DATE: 3-24-04    BY: COURT STAFF
Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other