UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ABDELLAH H. ESSABER
          Petitioner

v.                                        CIVIL ACTION NO.   04-11358-GAO

JOSEPH MCDONOUGH, ETAL
          Respondent

### JUDGMENT IN A CIVIL CASE

O'TOOLE     , D.J.

☐    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the court GRANTS the respondent's motion to dismiss the petition ( doc # 3) for the reasons stated in open court on August 4, 2004. Therefore, this action is dismissed.

 

TONY ANASTAS,
CLERK OF COURT

Dated:   8/4/04                     By      Paul S. Lyness
                                                               Deputy Clerk